COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Carey Deshawn Forris-Clemons v. The State of Texas

Appellate case number:   01-16-00437-CR

Trial court case number:  1398951

Trial court:              174th District Court of Harris County

Appellant, Carey Deshawn Forris-Clemons's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not complied with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). In particular, counsel has not filed a copy of the letter sent to appellant, or otherwise certified, that she advised appellant that if he wishes to exercise his right to review the appellate record in preparing to file a response to the *Anders* brief, he should immediately file a motion for *pro se* access to the appellate record with the applicable court of appeals, which includes "a form motion . . . lacking only the appellant's signature and the date, . . . inform[ing] the appellant that, in order to effectuate his right to review the appellate record *pro se*, should [he] choose to invoke it, [he] must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." 436 S.W.3d at 319–20.

Accordingly, we order appointed counsel, Randy Martin, to send a letter and a form motion to appellant in accordance with *Kelly*. *See id.* We further order appellant's appointed counsel to notify us in writing by September 29, either that she supplied appellant with a form motion for *pro se* access to the appellate record," or that she provided him with a copy of the record. *See id.* at 320.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually ☐ Acting for the Court

Date: September 21, 2017